Christopher J. Bowes, Esq.
54 Cobblestone Drive
Shoreham, NY 11786
Tel/Fax (631) 929-1700
Cell (212) 979-7575
Email cjbowes@gmail.com

September 13, 2026

Via ECF
Hon. Robyn F. Tarnofsky
United States Magistrate Judge
Daniel P. Moynihan Courthouse
500 Pearl Street
New York, NY 10007

RE: Venditti v. SSA
1:26 civ 5143 (VF)

Dear Judge Tarnofsky:

I am writing to request an extension of time to serve Plaintiff's Brief in the above captioned case. Based on the August 17, 2026 filing of the certified administrative record, Plaintiff' Brief is due on September 16, 2026. This is plaintiff's first request for an extension of time.

Due to multiple work deadlines converging at once as well as long planned vacation time over the past month, I have been unable to complete Mr. Venditti's papers for filing on September 16, 2026 and respectfully request additional time to complete the papers. Counsel for the Commissioner, SAUSA Fergus Kaiser, kindly consents to this request and the parties as that the Court approval of the following revised briefing schedule:

| | |
|---|---|
| October 19, 2026 | Plaintiff's Motion for Judgment on the Pleadings |
| December 18, 2026 | Defendant's Responsive Brief |
| January 4, 2026 | Plaintiff's Reply Brief |

Thank you for you for Your Honor's attention to this matter.

Respectfully submitted,

*/s/ Christopher J. Bowes, Esq.*
Christopher J. Bowes, Esq.

cc: Fergus Kaiser, Esq.
Attorney for Defendant

Application GRANTED. The deadline for Plaintiff's motion for judgment on the pleadings shall be **October 19, 2026.** The deadline for Defendant's opposition shall be **December 18, 2026.** The deadline for Plaintiff's reply brief, if any, shall be **January 4, 2026.**

The Clerk of Court is respectfully requested to terminate ECF 7.

Dated: September 14, 2026
New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE