UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY VENDITTI,

Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,

Defendant.

26-CV-5143 (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On September 14, 2026, I issued an Order extending the time for Plaintiff to file his motion for judgment on the pleadings. (ECF 8.) In that Order, I directed Plaintiff to file his brief by October 19, 2026. The deadline to submit a motion for judgment on the pleadings has now expired.

Accordingly, I am nunc pro tunc extending the time for Plaintiff to file a motion for judgment on the pleadings until **October 26, 2026**. The Defendant shall submit its opposition by **December 30, 2026**. The Plaintiff's reply, if any, shall be filed by **January 15, 2027**.

DATED: October 20, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**